```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAIRIOU DIALLO on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

NYC FROYO PARTNERS LLC d/b/a/ 16 HANDLES and BRUCE COHEN,

                Defendants.

1:21-cv-09222

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Initial Pre-Trial Conference scheduled for August 31, 2022 in Courtroom 18C is hereby adjourned *sine die*.

**SO ORDERED.**

**Date: August 11, 2022**
**New York, NY**

                                    *[signature]*
                                **MARY KAY VYSKOCIL**
                                **United States District Judge**