USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAIRIOU DIALLO, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

NYC FROYO PARTNERS LLC d/b/a 16 HANDLES and BRUCE COHEN,

                Defendants.

1:21-cv-9222 (MKV)

ORDER OF DISMISSAL

---

MARY KAY VYSKOCIL, United States District Judge:

    The Court has been informed by the mediator that a settlement was reached on all issues in this case [ECF No. 44].  Accordingly, IT IS HEREBY ORDERED that the above-captioned case is discontinued without costs to any party and without prejudice to restoring the case to this Court's calendar if the application to restore is made by December 21, 2022.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).  All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date:  **November 21, 2022**
        **New York, NY**

                                        */s/ Mary Kay Vyskocil*
                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**